■ W.N.Y. EXECUTIVE LEASING, INC., Respondent, v BOHDAN M. HARASYM, Appellant. (Appeal No. 2.)—Appeal unanimously dismissed without costs *(see, Empire Ins. Co. v Food City,* 167 AD2d 983). (Appeal from Order of Supreme Court, Erie County, Wolf, Jr., J.—Reargument.) Present—Denman, P. J., Doerr, Balio and Lawton, JJ.

■ ALBANY SAVINGS BANK, FSB, Respondent, v FRED GRELLER ASSOCIATES, INC., et al., Defendants, and JAY LANDESMAN et al., Appellants. (Appeal No. 1.)—Appeal unanimously dismissed without costs *(see, Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985). (Appeal from Order and Judgment of Supreme Court, Ontario County, Curran, J.—Mortgage Foreclosure.) Present—Denman, P. J., Doerr, Green, Balio and Lawton, JJ.